# EXHIBIT 2

### SIX (6) MONTH EXCLUSIVE CONTRACT RE: LONDON AND UNITED KINGDOM MUSICAL AND STAGE PRODUCTION RIGHTS OF MAN OF LA MANCHA ('MOLM')

This Agreement by and between Mitch Leigh ('Leigh'), composer of the musical 'Man of La Mancha' ('MOLM') and British solicitor Robyn Abraham ('Abraham'), dated as of January 23 2014, grants Abraham the sole and exclusive legal and business rights for six (6) months to represent 'MOLM' in England and the United Kingdom for the purpose of obtaining initial professional interest by a) a leading British theatrical stage director; b) a recognized US or UK co-producer and c) at least one (1) well known actor (heretofore referenced collectively as 'Talent') interested in the opportunity of starring in the upcoming London West End stage production of 'Man of La Mancha' tentatively scheduled for the 2015 50th Anniversary of the original staging of 'MOLM'. The Term of This Agreement shall begin on February 3, 2014 and shall terminate on August 2, 2014.

In consideration of Abraham's acceptance of Leigh's terms of this Agreement, Leigh agrees to suspend during the Term of this Agreement, any and all present and potential 3rd party transactions and/or contracts regarding any and all London and/or UK MOLM productions of any kind including but not limited to Musicscope and Tams Widmark agreements (and all agreements other than those proposed in writing by Abraham) and to fully protect Abraham against any and all potential 3rd party interference of the MOLM rights granted pursuant to this Agreement.

Upon mutual execution of this Agreement and for the consideration herein stated, Abraham agrees to promptly fly to London and contact leading British directors and international actors approved or suggested by Mr. Leigh for the purpose of moving forward with the West End London staged 2015 staged musical 50th Anniversary of the original staging of 'MOLM'. Leigh hereby authorizes Abraham to represent Leigh and to discuss and meet with leading directors and actors for the purpose of discussing Mr. Leigh's creative vision and creative objectives for the 50th Anniversary staging of 'MOLM' with the intent, but not the requirement of mounting the London stage production by 2015. As a veteran and sophisticated entertainment industry businessman, Mr. Leigh is aware that requested directors, actors and London theatres may not be available during the exact dates requested. Mr. Leigh agrees to postpone the London opening date if necessary to secure a particular director, star or theatre.

Abraham and Leigh shall discuss Abraham's provision of initial Talent interest and Leigh shall advise Abraham whether he accepts Abraham's provision of initial Talent interest. If Leigh does not accept Abraham's provision of initial Talent interest, Leigh shall instruct Abraham which Talent interest he prefers so meetings with Talent representatives may be coordinated. Upon provision of requested Talent interest by Leigh, Abraham will request Talent terms, conditions and dates of availability. Upon approval by Leigh of Talent interest Leigh shall promptly and within five (5) business days of provision of Talent confirmation by Abraham, shall in addition to granting Abraham Leigh's sole and exclusive London and United Kingdom rights to MOLM

1

pursuant to the terms herein, shall obtain from each of the two MOLM minority rights holders ('Minority Rights Holders') or their representatives, written approval from each of the Minority Rights Holder granting Abraham her respective sole and exclusive rights to London and United Kingdom theatrical stage and musical rights of 'MOLM' on the same terms and conditions provided by Leigh.

As herein agreed between the parties, Abraham shall not charge Leigh any costs or fees pursuant to this Agreement and neither Leigh nor the Minority Rights Holders, nor their representatives, shall charge or bill Abraham or any 3rd party provided by Abraham, any costs or fees for the London and UK rights of the MOLM staged musical production. Leigh and the Minority Rights Holders shall be paid respective royalties in accordance with the applicable Dramatists Guild provisions.

This Agreement represents the full Agreement between the Parties. The Agreement may be signed in separate segments by each Party. This Agreement shall be governed pursuant to New York law and will be binding upon Leigh and Abraham, and their respective successors, employees, heirs and assigns.

In Witness Whereof, the Parties hereto have entered into this Agreement Effective As of the Date Written Below.

_____    _____
Mitch Leigh                  Robyn Abraham

1/23/14                      1/23/14
Date                         Date

_____    Lisa Maldonado
Witness Name: M. Hans Liebert   Witness Name: LISA MALDONADO

1/23/14                      1/23/14
Date                         Date:

2