# Exhibit 1

| Doc | Bates | Date | Time Sent | From | To | Cc | Bates for Additional Duplicate Copies |
|---|---|---|---|---|---|---|---|
| 1 | ABR002862 | 4/29/2013 | 6:45 PM | Martha Wasserman | Robyn Abraham | | ABR002969, ABR005644 |
| 2 | ABR000589 | 4/30/2013 | 3:18 PM | Martha Wasserman | Robyn Abraham | | ABR002840, ABR002864, ABR002971, ABR005646 |
| 3 | ABR000591 | 4/30/2013 | 5:45 PM | Martha Wasserman | Robyn Abraham | | ABR002842, ABR002866, ABR002973, ABR005648 |
| 4 | ABR000592 | 4/30/2013 | 5:53 PM | Martha Wasserman | Robyn Abraham | | ABR002843, ABR002867, ABR002974, ABR005649 |
| 5 | ABR002849 | 9/12/2013 | 4:58 PM | Martha Wasserman | Robyn Abraham | | ABR000576, ABR002873, ABR002980, ABR005655 |
| 6 | ABR003104 | 9/13/2013 | 3:36 PM | Martha Wasserman | Robyn Abraham | | ABR003114, ABR006601 |
| 7 | ABR000577 | 9/20/2013 | 6:53 AM | Martha Wasserman | Robyn Abraham | | ABR002850, ABR002874, ABR002981, ABR005656 |
| 8 | ABR003109 | 9/23/2013 | 10:38 AM | R. Abraham | Martha Wasserman | | ABR003119, ABR006606 |
| 9 | ABR000578 | 9/23/2013 | 9:27 AM | Martha Wasserman | Robyn Abraham | | ABR002851, ABR002875, ABR002982, ABR005657 |
| 10 | ABR000007 | 9/27/2013 | 9:51 AM | Martha Wasserman | Robyn Abraham | | ABR000709, ABR003110, ABR003120, ABR004101, ABR004102, ABR004762, ABR004763, ABR005358, ABR005377, ABR005378, ABR006607, ABR006746, ABR006901, ABR007058 |
| 11 | ABR000579 | 10/17/2013 | 10:21 AM | Martha Wasserman | Robyn Abraham | | ABR002852, ABR002876, ABR2983, ABR005658 |
| 12 | ABR000429 | 11/19/2013 | 7:41 PM | Beverly Diamond | Robyn Abraham | | ABR000429 |
| 13 | ABR000431 | 12/16/2013 | 6:59 PM | Beverly Diamond | Robyn Abraham | | ABR003137, ABR003148, ABR006091 |
| 14 | ABR000437 | 12/30/2013 | 10:11 AM | Lisa Maldonado | Robyn Abraham, Beverly Diamond | Marlene Rue | ABR003143, ABR003154, ABR006097 |
| 15 | ABR002685 | 1/2/2014 | 12:25 PM | Lisa Maldonado | Robyn Abraham, Beverly Diamond | Marlene Rue | ABR002695, ABR002704, ABR004765, ABR005360, ABR005369, ABR005636, ABR006264, ABR006490, ABR006791, ABR006636, ABR006940 |
| 16 | ABR000580 | 1/7/2014 | 2:18 PM | | Robyn Abraham | Martha Wasserman | ABR002853, ABR002877, ABR002984, ABR005659 |
| 17 | ABR003111 | 1/10/2014 | 10:21 AM | Robyn Abraham | Martha Wasserman | | ABR003121, ABR006608 |
| 18 | ABR000438 | 1/10/2014 | 10:03 AM | Beverly Diamond | Lisa Maldonado | | ABR003144, ABR003155, ABR006098 |
| 19 | ABR000439 | 1/10/2014 | 11:36 AM | Lisa Maldonado | Beverly Diamond | Marlene Rue | ABR003145, ABR003156, ABR006099 |
| 20 | ABR000489 | 1/15/2014 | 2:58 PM | Lisa Maldonado | Robyn Abraham | | ABR002687, ABR002696, ABR002705, ABR004766, ABR005361, ABR005370, ABR005637 |
| 21 | ABR003112 | 1/20/2014 | 11:08 AM | Robyn Abraham | Martha Wasserman | | ABR003122, ABR006609 |
| 22 | ABR000440 | 1/20/2014 | 10:23 AM | Beverly Diamond | Lisa Maldonado | Marlene Rue | ABR003146, ABR003157, ABR006100 |
| 23 | ABR000441 | 1/20/2014 | 11:36 AM | Lisa Maldonado | Beverly Diamond | Marlene Rue | ABR003147, ABR003158, ABR006101 |
| 24 | ABR000031 | 1/27/2014 | 1:28 PM | Lisa Maldonado | Robyn Abraham | | ABR000658, ABR002691, ABR002700, ABR002709, ABR004770, ABR005365, ABR005374, ABR005641ABR006495, ABR006269, ABR006796, ABR006641, ABR006796, ABR006797, ABR006951 |
| 25 | ABR003175 | 2/18/2014 | 11:51 AM | Moragh Darby | Robyn Abraham | | ABR003178, ABR003201 |
| 26 | ABR002710 | 2/26/2014 | 2:51 PM | Lisa Maldonado | Robyn Abraham | | ABR000487, ABR005366, ABR002701, ABR004771, ABR005375, ABR005642 |
| 27 | ABR000032 | 2/26/2014 | 2:58 PM | Lisa Maldonado | Robyn Abraham | | ABR000659, ABR002692, ABR006496, ABR006270, ABR006642, ABR006952 |
| 28 | ABR002693 | 2/26/2014 | 3:58 PM | Lisa Maldonado | Robyn Abraham | | ABR000033, ABR000660, ABR002702, ABR002711, ABR004772, ABR005367, ABR005376, ABR005643, ABR006497, ABR006271, ABR006643, ABR006798, ABR006953 |
| 29 | ABR003113 | 2/28/2014 | 10:19 AM | Robyn Abraham | Martha Wasserman | | ABR003123, ABR006610 |
| 30 | ABR000599 | 4/29/2014 | 2:01 PM | Manny Kladitis | Robyn Abraham | Abby Leigh, Alan Honig, Marlene Rue, info@hgblobal.tv | |
| 31 | ABR000040 | 7/11/2014 | 12:58 PM | Martha Wasserman | Robyn Abraham | | ABR002860, ABR002884, ABR2991, ABR005666 |
| 32 | ABR000588 | 9/4/2014 | 9:33 AM | Martha Wasserman | Marlene Rue, Robyn Abraham | Bases Nan | ABR002861, ABR2885, ABR002992, ABR005667 |
| 33 | ABR000287 | 12/1/2015 | 1:18 PM | Robyn Abraham | Abby Leigh | | |