# Exhibit 25

-------- Original Message --------
Subject: MOLM 50th Anniversary
From: Martha N Wasserman <dalewasserman@cox.net>
Date: Fri, September 27, 2013 9:51 am
To: "R. Abraham" <rabraham@intcapsol.com>

Hello Robyn,

In follow up to my email last Friday, and while I did tell you that Alan Honig demands $100,00 upfront just to discuss MOLM without any promise of any rights, since I don't think the 50th Anniversary MOLM or any good MOLM production will happen without you, I want you to know that I will give you my 1/3 MOLM vote. If Mitch says 'yes' you will have all 3 of us agreeing with you to produce this in London and on Broadway- but you only need Mitch since he controls Helen's rights and as I told you 2 out of 3 MOLM votes is all you need . So we need to focus on Mitch saying 'yes'. Please let me know if you need my help with big name London or Broadway producers.

By the way, since David is not able to come with me on the Christmas cruise, please let me know if you can join me. I will tell you what Mitch will require.

Again, thank you so much for your appreciation and interest in my beloved Dale's MOLM Masterpiece. Your efforts are greatly appreciated. Thank you.

Sincerely,

Martha Nelly Wasserman