# Exhibit 37

| | |
|---|---|
| **From:** | Robyn Abraham <robyna@hbglobal.tv> |
| **Sent:** | Sunday, October 28, 2018 8:25 PM |
| **To:** | Shin, Susan L. <Susan.Shin@arnoldporter.com> |
| **Cc:** | Hu, Susan <Susan.Hu@arnoldporter.com> |
| **Subject:** | Redacted |
| **Attach:** | IMG_20140928_190553059.jpg; IMG_20140928_190610304.jpg; IMG_20140928_190635742.jpg; IMG_20140928_190656907.jpg |

Redacted

-------- Original Message --------
Subject: pictures of computer damage
From: "Steve Bardfield" <steve@bardfield.net>
Date: Mon, September 29, 2014 8:23 am
To: <robyna@hbglobal.tv>

Here are pictures showing damage to your laptop computer.

CONFIDENTIAL  ABR007281



CONFIDENTIAL  ABR007282



CONFIDENTIAL
ABR007283



CONFIDENTIAL  ABR007284



CONFIDENTIAL
ABR007285

| | |
|---|---|
| **From:** | Robyn Abraham <robyna@hbglobal.tv> |
| **Sent:** | Sunday, October 28, 2018 8:23 PM |
| **To:** | Shin, Susan L. <Susan.Shin@arnoldporter.com> |
| **Cc:** | Hu, Susan <Susan.Hu@arnoldporter.com> |
| **Subject:** | Redacted [FWD: Invoice for laptop] |
| **Attach:** | Robyn Abraham Invoice 9-27-14.xls |

Redacted

-------- Original Message --------
Subject: Invoice for laptop
From: "Steve Bardfield" <steve@bardfield.net>
Date: Sat, September 27, 2014 7:23 pm
To: <robyna@hbglobal.tv>

Invoice for laptop analysis and data recovery.

If you have any questions please don't hesitate to call.

Steve
818-259-4830

CONFIDENTIAL ABR007286

|   | A | B | C |
|---|---|---|---|
| 1 | **Stephen Bardfield** | | **INVOICE** |
| 2 | 4444 Whitsett Avenue #6 | | |
| 3 | Studio City, CA 91604 | | DATE: |
| 4 | Phone 818.259.4830 | | 9/27/2014 |
| 5 | | | |
| 6 | | | INVOICE # |
| 7 | | | 1177 |
| 8 | | | |
| 9 | Bill To: | For: | |
| 10 | Robyn Abraham | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | DESCRIPTION | | AMOUNT |
| 18 | | | |
| 19 | | | |
| 20 | Sony VPCCW21FX Vaio Laptop | | |
| 21 | Computer was dropped: | | |
| 22 | Case damaged, DVD drive broken, exaust fan port broken, | | |
| 23 | display broken. | | |
| 24 | NOT REPAIRABLE | | |
| 25 | Data Revovery and analasys | | $180.00 |
| 26 | | | |
| 27 | Old computer for parts | | -$60.00 |
| 28 | | | |
| 29 | | | |
| 30 | | | |
| 31 | | | |
| 32 | | | |
| 33 | | | |
| 34 | | | |
| 35 | | | |
| 36 | | TOTAL | $120.00 |
| 37 | | | |
| 38 | Please make checks payable to Stephen Bardfield | | |

CONFIDENTIAL                                                                                                                                  ABR007287