UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBYN ABRAHAM,<br><br>      Plaintiff,<br><br>   -v.-<br><br>ABBY LEIGH., *et al.*,<br><br>      Defendants. | 17 Civ. 5429 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

  For the reasons stated and to the extent provided on the record in open court on October 22, 2019, the Leigh Defendants' motion for sanctions is GRANTED in part.

  The Clerk of Court is directed to terminate the motions at docket entries 233, 330, and 342.

SO ORDERED.

Dated: October 22, 2019
     New York, New York

                            KATHERINE POLK FAILLA
                            United States District Judge