

January 24, 2020

**VIA ECF**

Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

**Michael J. Broadbent**
Direct Phone 215-665-4732
Direct Fax 215-701-2288
mbroadbent@cozen.com



**Re: Abraham v. Leigh, et al; No. 1:17-cv-05429**
**Letter Motion to Request Permission to File Under Seal**

Dear Judge Failla:

As the Court is aware, we represent Defendant Abby Leigh, as Executrix of the Estate of Mitch Leigh, in the above-referenced action. We are filing today the Executrix's Motion for Summary Judgment, together with its supporting documents ("MSJ Filing"). The MSJ Filing includes exhibits drawn from material marked as confidential by other parties as well information regarding those exhibits and other confidential information. The Executrix seeks to file such documents under seal, and to redact such information in the Statement of Undisputed Facts and Memorandum of Law filed with the MSJ Filing. Because the confidentiality asserted belongs to other parties, we are not submitting a confidentiality Declaration or citation to case law supporting the redactions and filing under seal.

We thank the Court for its attention to these matters.

Sincerely,

COZEN O'CONNOR

*/s/ Michael J. Broadbent*

BY: MICHAEL J. BROADBENT

CC: All counsel of record via ECF

```
Application GRANTED.

Dated:    January 24, 2020
          New York, New York
```

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

LEGAL\44519777\1

One Liberty Place    1650 Market Street    Suite 2800    Philadelphia, PA 19103
215.665.2000    800.523.2900    215.665.2013 Fax    cozen.com