UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBYN ABRAHAM,<br><br>      Plaintiff,<br><br>   -v.-<br><br>ABBY LEIGH, *et al.*,<br><br>      Defendants. | 17 Civ. 5429 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

  The Court has received notice that Plaintiff has paid the outstanding invoices owed to Hudson Reporting. Accordingly, the Order to Show Cause hearing currently scheduled for February 14, 2020, is hereby ADJOURNED *sine die*.

SO ORDERED.

Dated: February 11, 2020
     New York, New York

                    KATHERINE POLK FAILLA
                    United States District Judge