

March 25, 2020

**VIA ECF**

**Michael J. Broadbent**
Direct Phone   215-665-4732
Direct Fax       215-701-2288
mbroadbent@cozen.com

Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square, Room 2103
New York, NY  10007



**Re:   Abraham v. Leigh, et al; No. 1:17-cv-05429**
       **Letter Motion to Request Permission to File Under Seal**

Dear Judge Failla:

As the Court is aware, we represent Defendant Abby Leigh, as Executrix of the Estate of Mitch Leigh, in the above-referenced action.  We are filing today the Executrix's Reply Memorandum in Further Support of Her Motion for Summary Judgment ("Reply"), together with its supporting documents.  The Reply includes information drawn from documents marked as confidential by other parties.  The Executrix requests permission to file such information behind redactions and under seal.  Because the confidentiality asserted belongs to other parties, we are not submitting a confidentiality Declaration or citation to case law supporting the redactions and filing under seal.

We thank the Court for its attention to these matters.

Sincerely,

COZEN O'CONNOR

*/s/ Michael J. Broadbent*

BY:     MICHAEL J. BROADBENT

CC: All counsel of record via ECF

LEGAL\45497032\1

One Liberty Place     1650 Market Street     Suite 2800     Philadelphia, PA 19103
215.665.2000     800.523.2900     215.665.2013 Fax     cozen.com

Application GRANTED.

Dated: March 25, 2020  
       New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA  
UNITED STATES DISTRICT JUDGE