UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBYN ABRAHAM,

                Plaintiff,

        -v.-

ABBY LEIGH, *et al.*,

                Defendants.

17 Civ. 5429 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

    The Court is in receipt of Plaintiff's documents, filed on August 4, 2020, styled on ECF as "Notice of Filing Supplement to Plaintiff's Motions" (Dkt. #526), "Brief" (Dkt. #527), and "Notice of Plaintiff's Supplemental Exhibits" (Dkt. #529–#532). As an initial matter, the Court notes that most of these documents are misfiled. (*E.g.*, Dkt. #527 (document filed as a "Brief" is not a brief at all, but is in fact a collection of PDFs of several documents styled as exhibits, two of which are labelled Exhibit A and one labelled Exhibit B)). Additionally, Plaintiff has already filed most, if not all, of these "exhibits" along with her earlier motions. They are therefore unnecessary to supplement Plaintiff's pending motions. Furthermore, the Court is concerned that Plaintiff is attempting to file motions by accretion, with voluminous, duplicative, supplemental filings, thereby abusing ECF and wasting judicial resources. For these reasons, the Court will accept Plaintiff's latest filings (Dkt. #526–532), but nothing more until Plaintiff's pending motions are resolved. The Court reminds Plaintiff of the Order issued just two days ago, on August 3, 2020, imploring her to think about her filings and to refrain from wasting the time

and resources of the Court and parties. If Plaintiff is unwilling or unable to comply with Court orders, the Court is willing — for the first time — to suspend Plaintiff's ECF filing privileges. Finally, because many of the documents Plaintiff filed on August 4, 2020, disclose irrelevant, salacious, or personally sensitive material, the Court will seal Docket Nos. 527–532, to be viewable by the Court and parties only.

    SO ORDERED.

Dated:    August 5, 2020
             New York, New York

                                             KATHERINE POLK FAILLA
                                             United States District Judge