UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBYN ABRAHAM,

                Plaintiff,

       -v.-

ABBY LEIGH, *et al.*,

                Defendants.

17 Civ. 5429 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

    The Court is in receipt of Plaintiff's unauthorized sur-reply, dated August 14, 2020, in support of her motions for reconsideration and for recusal. (Dkt. #535). By Order dated August 5, 2020, citing Plaintiff's "voluminous, duplicative, supplemental filings" that "wast[e] the time and resources of the Court and the parties," the Court told Plaintiff that it would accept no further filings "until Plaintiff's pending motions are resolved." (Dkt. #533). For the reasons enumerated in the Court's August 5, 2020 Order, the Court will not accept Plaintiff's unauthorized sur-reply. As stated in the Court's Orders dated August 5, 2020, and August 3, 2020, Plaintiff is reminded that she must refrain from "wasting the time and resources of the Court and parties" with excessive and unauthorized filings. (Dkt. #525, 533). If Plaintiff is unwilling or unable to comply with Court orders, the Court will consider suspending Plaintiff's ECF filing privileges. (*See* Dkt. #533).

    SO ORDERED.

Dated:    August 17, 2020
              New York, New York

                                                KATHERINE POLK FAILLA
                                               United States District Judge