UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBYN ABRAHAM, | |
| Plaintiff, | 17 Civ. 5429 (KPF) |
| -v.- | **ORDER** |
| ABBY LEIGH, *et al.*, | |
| Defendants. | |

KATHERINE POLK FAILLA, District Judge:

The Court has reviewed its scheduling Order dated July 24, 2020 (Dkt. #515), and recognizes that it permitted Plaintiff to file a response in support of her motions for reconsideration on or by August 14, 2020.  The Court therefore accepts Plaintiff's reply dated August 14, 2020 (Dkt. #535), and withdraws its incorrect prior Order dated August 17, 2020, rejecting Plaintiff's reply (Dkt. #536), with apologies to the parties for any inconvenience or confusion caused by the Order docketed at No. 536.  For the sake of clarity, the Court will consider Plaintiff's reply brief (Dkt. #535), in deciding Plaintiff's motions for reconsideration and disqualification of the Court.

SO ORDERED.

Dated:   August 17, 2020
         New York, New York

*[signature: Katherine Polk Failla]*

KATHERINE POLK FAILLA
United States District Judge