UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBYN ABRAHAM,

                Plaintiff,

-v.-

ABBY LEIGH, *et al.*,

                Defendants.

17 Civ. 5429 (KPF)

ORDER

KATHERINE POLK FAILLA, District Judge:

    The Court is in receipt Plaintiff's letter and affidavit, dated October 13, 2020, and accompanying exhibits, dated October 14, 2020. (Dkt. #565-569). Due to the sensitive personal information contained therein, the Clerk of Court is ordered to seal docket entries 565 through 569, to be viewable by the Court and parties only.

    SO ORDERED.

Dated:    October 14, 2020
             New York, New York

                                        KATHERINE POLK FAILLA
                                        United States District Judge