UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBYN ABRAHAM,<br><br>                    Plaintiff,<br><br>            -v.-<br><br>ABBY LEIGH, *et al.*,<br><br>                    Defendants. | 17 Civ. 5429 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

    Approximately 30 minutes prior to a scheduled hearing in the case, Plaintiff Robyn Abraham filed a motion to stay the hearing. (Dkt. #581). The Court does not believe that it has been divested of jurisdiction to consider the issues raised by former counsel's submissions to the Court, and it will not therefore stay the conference. Application denied.

    SO ORDERED.

Dated:    October 19, 2020
             New York, New York

                                            KATHERINE POLK FAILLA
                                            United States District Judge