UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBYN ABRAHAM,

                Plaintiff,

-v.-

ABBY LEIGH, *et al.*,

                Defendants.

17 Civ. 5429 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

On October 15, 2020, Defendant filed a motion seeking an order finding Plaintiff in civil contempt for her alleged failure to comply with the Court's Opinion and Order dated September 14, 2020. (*See* Dkt. #573-575). Pursuant to Local Rule 6.1, Plaintiff was to file her opposition papers on or by October 29, 2020. Plaintiff is hereby directed to file her response, if any, to Defendant's motion on or by November 16, 2020. Should Plaintiff fail to file a response by November 16, 2020, the Court shall consider Defendant's motion for civil contempt to be unopposed and will consider the full range of sanctions available to it, including monetary sanctions and default in the underlying action. If Plaintiff does file a response, she is reminded that any filings shall comply with the Court's Order dated October 21, 2020. (*See* Dkt. #583).

    SO ORDERED.

Dated:    October 30, 2020
              New York, New York

                                            KATHERINE POLK FAILLA
                                            United States District Judge