UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBYN ABRAHAM,<br><br>                          Plaintiff,<br><br>                -v.-<br><br>ABBY LEIGH, *et al.*,<br><br>                          Defendants. | 17 Civ. 5429 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of Plaintiff's motion to stay the case pending appeal (Dkt. #587), and Ms. Kerwick's November 6, 2020 letter (Dkt. #588). Plaintiff's appeal does not divest the Court of jurisdiction to consider Defendant's pending motion for contempt or Defendant's counterclaims, and therefore Plaintiff's motion for a stay is DENIED.

However, on this record, the Court cannot tell if it would be appropriate for Plaintiff to seek a stay of her obligation to comply with the Court's September 14, 2020 Opinion and Order (*see* Dkt. #539), pending the outcome of her appeal of that Opinion and Order (*see* Dkt. #546).  Should Plaintiff seek to raise this issue with the Court, the Court will entertain a letter from Plaintiff on this matter.  In the interim, Plaintiff's opposition to Defendant's motion for contempt is still due on or by November 16, 2020.  (*See* Dkt. #586).

Finally, the Court reminds Plaintiff that she must comply with the Court's October 21, 2020 Order (Dkt. #583), which Order stated that "Plaintiff shall not file **any** submission in this case regarding Ms. Kerwick, Ms. Wiss, Wiss & Partners, and/or Plaintiff's relationship with them, **absent leave of**

**Court**." (*Id.* (emphases added)). Plaintiff's filing at docket entry 587 is in clear violation of this Order. Plaintiff is hereby warned that future noncompliance with the October 21, 2020 Order will require the Court to consider sanctions "including civil and criminal contempt, monetary sanctions, and default in the underlying action." (*Id.*).

Therefore, the Clerk of Court is directed to seal docket entry 587, to be viewable by the Court and parties only.

SO ORDERED.

Dated:   November 9, 2020
         New York, New York

                                          _____
                                              KATHERINE POLK FAILLA
                                              United States District Judge