UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBYN ABRAHAM,

                      Plaintiff,

         -v.-

ABBY LEIGH, *et al.*,

                      Defendants.

17 Civ. 5429 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

    The Court is in receipt of Plaintiff's submissions in support of her motion for a temporary restraining order, preliminary injunction, and protective order. (Dkt. #606-609). After a careful analysis of Plaintiff's submissions, the Court denies Plaintiff's motion.

    A review of Plaintiff's filings demonstrates that this is just another attempt by Plaintiff to advance the same factually inaccurate and legally irrelevant arguments that she has repeatedly advanced before this Court over the past several months (*see* Dkt. #506-514, 517-521, 527-532, 535, 548-552, 559-563, 565-569, 581, 587, 603), which arguments the Court has consistently rejected (*see* Dkt. #538, 539, 554, 572, 583, 604). Although Plaintiff now attempts to distinguish her prior arguments by referencing New York and District of Columbia disciplinary committee proceedings arising out of Ms. Abraham's complaints about her former counsel, Plaintiff submits no evidence about those proceedings, and the Court will therefore not depart from its prior decisions rejecting Plaintiff's arguments. Additionally, because

Plaintiff's submissions contain sensitive personal information about Ms. Kerwick, the Court denies Plaintiff's motion to unseal her submissions.

The Clerk of Court is directed to keep docket entries 606 through 609 under seal, but to make them viewable to Ms. Kerwick/Ni Chairmhaic. The Clerk of Court is also directed to terminate the motion at docket entry 606.

SO ORDERED.

Dated:   November 24, 2020
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge