UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBYN ABRAHAM,

                Plaintiff,

-v.-

ABBY LEIGH, *et al.*,

                Defendants.

17 Civ. 5429 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

    The Court is in receipt of Plaintiff's submission in opposition to Defendant's motion for a finding of civil contempt. (Dkt. #610, 611). Defendant's reply in support of her motion for a finding of civil contempt shall be due on or by December 8, 2020.

    The submission at docket entry 610 is a brief submitted in a completely different and unrelated case by a non-party to this case. It is irrelevant to this case and the instant motion, and the Clerk of Court is therefore directed to strike the filing at docket entry 610.

    Additionally, Plaintiff's submission is filled with sensitive personal information about her former counsel and therefore should be sealed. Plaintiff failed to seek leave of court before filing this submission, which contains irrelevant personal attacks against her former counsel, and she is therefore once again in violation of the Court's October 21, 2020 Order. (*See* Dkt. #583). The Court would be well within its rights to impose sanctions, including civil and criminal contempt, monetary sanctions, and default in the underlying action, for Plaintiff's repeated violations of the October 21, 2020 Order (*see,*

*e.g.*, Dkt. #587), and Plaintiff's bold disregard for the Court's prior warnings regarding her previous violations of the same Court order (*see, e.g.*, Dkt. #589). The Court once again Court warns Plaintiff that future violations of the October 21, 2020 Order will not be tolerated and are increasingly likely to lead to sanctions.

For the reasons discussed above, the Clerk of Court is directed to strike docket entry 610, and to seal docket entry 611, to be viewable only by the Court and parties.

SO ORDERED.

Dated:   November 24, 2020
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge