UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBYN ABRAHAM,

                Plaintiff,

-v.-

ABBY LEIGH, *et al.*,

                Defendants.

17 Civ. 5429 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

    By email dated April 6, 2021, the parties informed the Court that Plaintiff is trying to secure counsel to represent her in this case, and will know on or by May 1, 2021. Accordingly, the parties are hereby ORDERED to file a joint status update with the Court on or by May 3, 2021.

    SO ORDERED.

Dated:    April 6, 2021
             New York, New York

                                       KATHERINE POLK FAILLA
                                       United States District Judge