UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBYN ABRAHAM,

                Plaintiff,

-v.-

ABBY LEIGH, *et al.*,

                Defendants.

17 Civ. 5429 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

    The Court is in receipt of a certification of good standing from the State Bar of California filed by Plaintiff's counsel, G. Scott Sobel, in response to the Court's May 6, 2021 Order. (Dkt. #643). Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, to appear *pro hac vice* in this District, as relevant here an applicant must "fil[e] with the Clerk of the District Court a *certificate of the court for each of the states* in which the applicant is a member of the bar, which has been issued within thirty (30) days of filing and states that the applicant is a member in good standing of the bar of that state court[.]" Local Rule 1.3(c) (emphasis added). (*See also* Dkt. #639 ("Mr. Sobel is ORDERED to supply the Court with a certificate of good standing *from the Supreme Court of the State of California* within 45 days from the date of this Order." (emphasis added))).

    The certificate of good standing filed by Mr. Sobel on May 21, 2021 (*see* Dkt. #643), which certificate was issued by the State Bar of California and not a court of the State of California, is insufficient to satisfy Local Rule 1.3(c). Accordingly, Mr. Sobel must obtain a certificate of good standing from a court

of the State of California, such as the Supreme Court of the State of California, within 45 days from the date of this Order.

SO ORDERED.

Dated: May 24, 2021
New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge