UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBYN ABRAHAM,

                Plaintiff,

          -v.-

ABBY LEIGH, *in her individual capacity and as Executrix of the Estate of Mitch Leigh, The Viola Fund, and Abby Leigh Ltd.*,

                Defendant.

17 Civ. 5429 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

    Plaintiff's counsel is hereby directed to appear for a telephonic conference regarding his pending motion to withdraw as counsel in this matter on **April 19, 2022, at 2:30 p.m. eastern time**. It is the Court's understanding that Plaintiff will also attend this conference to express her views on the matter. At the appointed time, Plaintiff and Plaintiff's counsel shall call (888) 363-4749 and enter access code 5123533. Please note the conference will not be available prior to 2:30 p.m.

    Defense counsel is invited to participate in the conference, but is not ordered to do so. The Court notes that there exists the possibility that privileged matters will be discussed during this conference. If that is the case, defense counsel will be asked to temporarily leave the conference and will be permitted to rejoin at the conclusion of any privileged conversations.

    SO ORDERED.

Dated:    April 15, 2022
             New York, New York

                                          KATHERINE POLK FAILLA
                                          United States District Judge