UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBYN ABRAHAM,

                Plaintiff,

              -v.-

ABBY LEIGH, *in her Individual Capacity and as Executrix of the Estate of Mitch Leigh, the Viola fund, Abby Leigh Ltd*,

                Defendant.

17 Civ. 5429 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

    On May 20, 2022, Ms. Abraham transmitted to the Court email correspondence requesting that the Court seal the document located at docket entry 692, which document includes citations to two California cases referenced in Ms. Abraham's earlier-filed motion for sanctions. Ms. Abraham contends that "[t]he Court's public listing of this California information potentially subjects Plaintiff to further retaliation and potential physical harm."

    The Court DENIES Ms. Abraham's request to seal docket entry 692. There is no indication that mere reference to these California cases would affect, in any way, the resolution of the instant matter, nor is there any evidence in the record to support Ms. Abraham's claim of "retaliation and potential physical harm." Ms. Abraham, herself, filed information related to these cases on the public docket. (*See* Dkt. #687). Indeed, the Court used the information furnished by Ms. Abraham to locate the cases to which she was referring in her motion for sanctions. In these circumstances, the Court sees no occasion to seal citation-related information concerning public judicial

proceedings.  *See generally Hartford Courant Co.* v. *Pellegrino*, 380 F.3d 83, 90-96 (2d Cir. 2004) (discussing First Amendment right of access to judicial documents); *Lugosch* v. *Pyramid Co. of Onondaga*, 435 F.3d 110, 119-20 (2d Cir. 2006) (same).

SO ORDERED.

Dated: May 20, 2022
New York, New York

*[signature: Katherine Polk Failla]*

KATHERINE POLK FAILLA
United States District Judge