UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBYN ABRAHAM,<br><br>                        Plaintiff,<br><br>                -v.-<br><br>ABBY LEIGH, *in her Individual Capacity and as Executrix of the Estate of Mitch Leigh, the Viola fund, Abby Leigh Ltd*,<br><br>                       Defendant. | 17 Civ. 5429 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

    On May 29, 2022, Ms. Abraham filed a motion to disqualify Nicole Hyland, the expert proffered by Counterclaim Plaintiff to replace Mr. Lawrence Fox, who is medically unable to participate at trial. (Dkt. #701). Counterclaim Plaintiff is directed to file a response to Ms. Abraham's motion to disqualify by end of day on June 1, 2022.

    SO ORDERED.

Dated:  May 31, 2022
            New York, New York

                                                    KATHERINE POLK FAILLA
                                                    United States District Judge