Robyn Abraham
9440 S. Santa Monica Blvd. #301
Beverly Hills, CA 90210 (310) 8871400
robyn.abraham@gmail.com

VIA ECF            June 8, 2022
and EMAIL

Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007



**Abraham v. Leigh: Plaintiff's Respectful Request For Prompt Follow Up Notification to California Judge Sepe-Weisenfeld of Rescheduled July 25, 2022 NY Trial Date and Request for STAY of 'Tag Team' California Proceedings Until Following Conclusion of NYSD 17- 50429 Proceedings:**

Dear Judge Failla

Thank you for confirmation of the July 25, 2022 rescheduled trial date.

Pursuant to the Court's May 24, 2022 contact to Santa Monica California Judge Sepe-Weisenfeld (Composite Exhibit A) regarding this NYSD Case 17-05429, since in addition to necessary New York federal court preparation, there are immediately upcoming California deadlines in the viciously engineered vexatious sham "Tag Team" case, it would be appreciated if California Judge Sepe-Weisenfeld may be promptly updated that this Court has ordered a new July 25, 2022 trial date.

Due to more than the 715 present NYSD docket entries, Plaintiff respectfully requests to be able to use all available time to focus with new substitute counsel on this NYSD case, rather than be forced to defend serial vexatious Defendant Leigh's coordinated sham attacks both in California and in New York.

Since the NY trial date was rescheduled due to "no fault by either party", that the sham California "Tag Team" lawsuit intentionally was filed to interfere with this NYSD case, that to defend both NY and LA cases simultaneously creates an undue hardship on Plaintiff, and that Judge Sepe-Weisenfeld appears amenable to rescheduling the California case until AFTER the NYSD proceedings conclude, it would be appreciated if the Court promptly updates Judge Sepe-Weisenfeld with the new trial date and requests a STAY of all Judge Sepe Weisenfeld's California proceedings until After the conclusion of the NYSD proceedings please.

As an officer of the Court, in requesting a STAY of the maliciously engineered FOURTH SET of these coast to coast vexatious Tag Team lawsuits in California, Plaintiff affirms that there is No money owed or owing in this sham California case and there is No emergency of any kind.

Since there are immediately upcoming deadlines in the sham 'Tag Team' filed California case, prompt confirmation of Judge Sepe-Weisenfeld's response would be appreciated please. Thank you.

Respectfully
/s/ Robyn Abraham, Esq./MBA

Application DENIED.  As a courtesy to Judge Sepe-Wiesenfeld, the Court has informed her that trial in this matter has been adjourned to July 25, 2022, and transmitted to her a copy of the new trial scheduling Order.  The Court will not, however, request a stay of the matter pending before Judge Sepe-Wiesenfeld.

The Clerk of Court is directed to terminate the pending motion at docket entry 723.

Dated:     June 9, 2022               SO ORDERED.
           New York, New York

                                      *[signature: Katherine Polk Failla]*

                                      HON. KATHERINE POLK FAILLA
                                      UNITED STATES DISTRICT JUDGE