UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBYN ABRAHAM,

                Plaintiff,

             -v.-

ABBY LEIGH, *in her Individual Capacity, as Executrix of the Estate of Mitch Leigh, and as Trustee for The Viola Fund and Abby Leigh Ltd.*,

                Defendant.

17 Civ. 5429 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

      On December 2, 2022, Plaintiff submitted a letter to the Court, requesting that the Court terminate Joshua Douglass as counsel of record in this case. (Dkt. #735). That letter indicates that Mr. Douglass has refused to communicate with Plaintiff about this case, and that he has threatened Plaintiff. (*Id.*). Plaintiff made similar representations in two motions she filed with the Court on December 5, 2022. (Dkt. #737-738). Finally, on December 8, 2022, Plaintiff filed a supplemental motion to terminate Mr. Douglass as counsel of record. (Dkt. #742). Accordingly, in line with Local Rule 1.4, Mr. Douglass is **ORDERED** to respond to Plaintiff's aforementioned letters and motions by **December 14, 2022**. In his response, Mr. Douglass shall address the issues of reparability of his relationship with Plaintiff and whether he is asserting a retaining or charging lien for his work associated with this case.

SO ORDERED.

Dated:  December 12, 2022
        New York, New York

> KATHERINE POLK FAILLA
> United States District Judge