UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBYN ABRAHAM,

                Plaintiff,

                -v.-

ABBY LEIGH, *in her Individual Capacity, as Executrix of the Estate of Mitch Leigh, and as Trustee for The Viola Fund and Abby Leigh Ltd.*,

                Defendant.

17 Civ. 5429 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

      On December 12, 2022, the Court ordered Joshua Douglass to respond to Plaintiff's letters and motions about his representation in this case by December 14, 2022. (Dkt. #743 (December 12, 2022 Order); Dkt. #735, 737-738, 742 (Plaintiff's letters and motions pertaining to Mr. Douglass)). Since the December 12, 2022 Order, Plaintiff has filed another submission in support of terminating Mr. Douglass as counsel of record. (Dkt. #744). Mr. Douglass has failed to submit a response in line with the Court's December 12, 2022 Order. Accordingly, Mr. Douglass is hereby **ORDERED** to respond to Plaintiff's representations, and address the issues of reparability of his relationship with Plaintiff and whether he is asserting a retaining or charging lien for his work associated with this case. Mr. Douglass shall submit his response by **December 16, 2022**, and shall file his submission on an *ex parte* basis, viewable only to Plaintiff and this Court. If Mr. Douglass fails to respond, he may be found in contempt for repeatedly violating this Court's Orders.

SO ORDERED.

Dated:   December 15, 2022
             New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge