UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBYN ABRAHAM,

                      Plaintiff,

            -v.-

ABBY LEIGH, *in her Individual Capacity, as Executrix of the Estate of Mitch Leigh, and as Trustee for The Viola Fund and Abby Leigh Ltd.*,

                      Defendant.

17 Civ. 5429 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

    Since the Court's adjournment of the one-day bench trial in this case nearly three weeks ago, the Court has attempted to work with the parties to reschedule the trial to a date convenient for the parties and the Court. However, due to myriad scheduling conflicts, those efforts have failed. As such, the Court has no choice but to set a trial date itself, and expects the parties to set their schedules accordingly. The bench trial in this case shall commence on **May 2, 2023, at 9:00 a.m.**, in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. The Court anticipates the trial day to run from 9:00 a.m. to 3:00 p.m. This trial date – more than four months from now – provides Plaintiff adequate time to retain new counsel if she so chooses, and also provides Defendant time to work out any witness scheduling issues. The Court does not anticipate adjusting this trial date.

SO ORDERED.

Dated: December 23, 2022
        New York, New York

                                                KATHERINE POLK FAILLA
                                                United States District Judge