UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBYN ABRAHAM,

                Plaintiff,

                -v.-

ABBY LEIGH, *in her Individual Capacity, as Executrix of the Estate of Mitch Leigh, and as Trustee for The Viola Fund and Abby Leigh Ltd.*,

                Defendant.

17 Civ. 5429 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

      The Court is in receipt of Ms. Abraham's motion to disqualify the Court from this case (Dkt. #761-762), as well as a number of attached exhibits. It is difficult for the Court to engage with this most recent filing, which is once again filled with misstatements of the record in this case and patently false allegations. What is more, Plaintiff's motion accuses the Court of meddling in an unrelated Florida proceeding of which this Court was not aware, presided over by a judge this Court does not know and has never contacted, concerning Ms. Abraham's mother's care. The Court is of course saddened by Ms. Abraham's mother's passing, and hopes that Ms. Abraham and her family can find solace in this difficult period. But accusing the Court of engaging in "ex parte discussions" with the judge presiding over the Florida case, "result[ing] in Joyce Abraham's untimely recent death", is both false and disparaging.

      The Court DENIES Ms. Abraham's motion. This Order does not affect any other deadlines in this case, and the Court expects that Ms. Abraham will

respond to its Order to Show Cause by May 23, 2023.  The Clerk of Court is directed to terminate the pending motions at docket entries 761 and 762.

    SO ORDERED.

Dated:  May 16, 2023
         New York, New York

                                          KATHERINE POLK FAILLA
                                          United States District Judge