UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBYN ABRAHAM,<br><br>                              Plaintiff,<br><br>                -v.-<br><br>ABBY LEIGH, *in her Individual Capacity, as Executrix of the Estate of Mitch Leigh, and as Trustee for The Viola Fund and Abby Leigh Ltd.*,<br><br>                              Defendant. | 17 Civ. 5429 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of Counter-claim Defendant's response to the Court's order to show Cause (Dkt. #779), as well as a number of supporting exhibits (Dkt. #780-789). Counter-claim Plaintiff may file a response to this submission by **July 10, 2023**. This response shall not exceed 10 pages in length double-spaced.

        SO ORDERED.

Dated:   June 23, 2023
         New York, New York

                                           _____
                                           KATHERINE POLK FAILLA
                                           United States District Judge