UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBYN ABRAHAM,

                Plaintiff,

             -v.-

ABBY LEIGH, *in her Individual Capacity, as Executrix of the Estate of Mitch Leigh, and as Trustee for The Viola Fund and Abby Leigh Ltd.*,

                Defendant.

17 Civ. 5429 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

    On June 29, 2023, Counter-Claim Plaintiff submitted a response to Counter-Claim Defendant's submission related to the Court's order to show cause. (Dkt. #791-792). Counter-Claim Defendant may submit a reply, not to exceed ten (10) pages in length, by **July 21, 2023.** The Court will not consider any submission longer than ten pages, and will not consider additional exhibits. The Court will not extend this deadline; if Counter-Claim Defendant fails to submit a response by July 21, 2023, the Court will consider the issue fully briefed.

    SO ORDERED.

Dated:  June 29, 2023
           New York, New York

                                                    KATHERINE POLK FAILLA
                                                   United States District Judge