UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

ROBYN ABRAHAM

Plaintiff / Counter Defendant

v.

ABBY LEIGH., et al.,

Defendants/ Counter Plaintiff

_____/

**MEMO ENDORSED**

Case No. 17-cv-5429 (KPF)

## PLAINTIFF'S MOTION TO FILE EXHIBITS WITH SUR REPLY BY JULY 28, 2023 TO DEFENDANT'S REPLY TO PLAINTIFF'S MAY 2, 2023 CEDARS SINAI BEVERLY HILLS HOSPITALIZATION

Plaintiff/Counter Defendant Robyn Abraham[1] files this Motion Requesting Authorization to File Confirming Responsive Exhibits With Plaintiff's Sur Reply In Accordance with the Federal Rules of Evidence and all Due Process Requirements and in support states as follows:

1. On May 2, 2023, this Court issued its Fourth (4th) Order to Show Cause Against Plaintiff, this time for being hospitalized at Cedars Sinai Hospital in Beverly Hills California following the recent premeditated felony murder of Plaintiff's mother Joyce Olshen Abraham, which confirmed premeditated felony murder of Plaintiff's beloved Mother specifically was threatened against Plaintiff in this $250 Million breach of contract case filed on Plaintiff's behalf by Plaintiff's former Arnold and Porter New York counsel.

2. Notwithstanding receipt of former Defendant Alan Honig's filed Declaration that remaining Defendant Leigh intentionally committed fraud against Plaintiff in this case, this Court previously issued Three Prior Orders to Show Cause only against Plaintiff, including an Order to Show Cause Ordering Plaintiff pay Court Reporter Fees Never Previously Served or Mailed to Plaintiff and Two Separate Orders to Show Cause, Ordering Plaintiff to Withdraw Valid Bar Complaints for Blackmail and Extortion of Plaintiff's Partial Six Figure Settlement Funds by a Washington DC Political lobbyist who Never was Plaintiff's attorney and which Bar Complaints

---

[1] As confirmed by NYSD court record, both Plaintiff's prestigious British Schillings law counsel and the New York office of Arnold and Porter confirmed Plaintiff successfully closed this $250 Million business contract. In 2019, Two (2) of the Three (3) Defendants settled in Plaintiff's favor. Former Defendant Alan Honig provided a filed Declaration that remaining multimillionaire Defendant Leigh Committed Fraud against Plaintiff in This Case.

specifically were recommended by both New York Bar Ethics Counsel and the Washington DC Bar Ethics Counsel.

3. The Court repeatedly has been noticed with confirming medical evidence that Plaintiff suffers from a serious congenital heart defect, which serious heart defect is exacerbated by stress and illness.

4. The Court also has been noticed that Plaintiff was diagnosed as COVID positive shortly prior to May 2, 2023.

5. On May 2, 2023, from her hospital bed at Cedars Sinai Hospital in Beverly Hills and as stated on court record and confirmed via contemporaneous May 2, 2023 emails and court video to and from the Court filed while Plaintiff was hospitalized on May 2, 2023, *Plaintiff immediately and repeatedly advised the Court and opposing counsel that the court provided 'video link' to watch or see the May 2, 2023 Bench Trial was inoperable.*

6. On May 2, 2023, the Court spoke directly to Cedars Sinai Hospital staff who confirmed that Plaintiff was hospitalized in the Emergency Room at Cedars Sinai Hospital.

7. Whilst Plaintiff has attempted in good faith to obtain additional confirming medical documentation from Cedars Sinai Hospital, Plaintiff has not been able to obtain further information as of this date.

8. On June 29, 2023 (Docket 793), this Court issued an Order prohibiting Plaintiff from filing any Exhibits to defend the false claims against her.

9. Pursuant to the Federal Rules of Evidence and Due Process requirements, including but not limited to Federal Rule of Evidence 103, Plaintiff should be allowed to present all relevant evidence applicable to her defense.

10. Defendant Leigh will not be prejudiced by the presentation of relevant evidence confirming Plaintiff's necessary May 2, 2023 Emergency Hospitalization at Cedars Sinai Hospital in Beverly Hills.

**Wherefore Plaintiff/Counter Defendant Robyn/Abraham respectfully requests the Court to Grant Plaintiff/Counter Defendant's Motion to file additional Exhibits with her Sur-Reply to be provided by July 28, 2023.**

Dated: July 20, 2023                                                                                   Respectfully Submitted,
 Los Angeles, CA                                                                                        /s/ Robyn Abraham, Esq

## CERTIFICATE OF SERVICE

I Hereby Certify that a True and Correct Copy was served on Counsel of Record via ECF as of July 20, 2023

Robyn Abraham, Esq.

Application DENIED. The bench trial that is the issue of this order to show cause and Counter-Claim Defendant's responses was three months ago, and Counter-Claim Defendant has had ample opportunity to submit evidence to this Court. Counter-Claim Defendant is clearly aware of the Court's June 29, 2023 Order (Dkt. #793) directing the filing of a short reply by July 21, 2023, as it is cited in her above motion. Counter-Claim Defendant has had three weeks to prepare a reply with full understanding of the Court's indication that it will not extend this deadline. This last-minute request, filed on the eve of that July 21, 2023 deadline, offers no real justification for an extension, and is therefore denied.

Consistent with the Court's prior Order at docket number 793, Counter-Claim Defendant may submit a reply by the end of the day today, **July 21, 2023**. As ordered, the Court will not consider any additional exhibits, nor any submission longer than ten pages. Should Counter-Claim Defendant fail to submit a timely response, the Court will consider the issue fully briefed.

The Clerk of Court is directed to terminate the pending motion at docket number 794.

SO ORDERED.

Dated:    July 21, 2023
         New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE