UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ROBYN ABRAHAM,,

                Plaintiff,

                                                17 **CIVIL** 5429 (KPF)

        -against-                                **DEFAULT JUDGMENT**

ABBY LEIGH, in her Individual Capacity, as
Executrix of the Estate of Mitch Leigh, and as
Trustee for The Viola Fund and Abby Leigh Ltd.,,
                Defendant.
-----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED, AND DECREED**, that for the reasons stated in the Court's Order dated October 16, 2023, the Court finds that Counterclaim Plaintiff is entitled to a default judgment on her counterclaim and to the recovery of fees. Judgment is entered on the counterclaim in favor of Counterclaim Plaintiff and the case is closed. Counterclaim Plaintiff is directed to submit an opening submission on her fee petition on or before November 6, 2023. Counterclaim Defendant may then submit an opposition submission to the fee petition on or before November 27, 2023. The Court will advise the parties if it believes a reply submission is warranted.

**DATED**: New York, New York
              October 16, 2023

                                                           **RUBY J. KRAJICK**
                                                             **Clerk of Court**

                                            **BY**: _____
                                                              **Deputy Clerk**