**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

ROBYN ABRAHAM,

        Plaintiff,

        -against-

ABBY LEIGH in her individual capacity and as
Executrix of the ESTATE OF MITCH LEIGH, THE
VIOLA FUND, ABBY LEIGH LTD, MARTHA
WASSERMAN in her individual capacity and as
Executrix of the ESTATE OF DALE
WASSERMAN, HELLEN DARION, in her
individual capacity as Executrix of the ESTATE OF
JOSEPH DARION, and ALAN HONIG,

        Defendants.

Case No. 17-cv-5429 (KPF)



---

### DEFENDANT-COUNTERCLAIM PLAINTIFF ABBY LEIGH'S RESPONSE TO ROBYN ABRAHAM'S MOTION TO UNSEAL

Defendant-Counterclaim Plaintiff, Abby Leigh, as Executrix of the Estate of Mitch Leigh, submits this opposition to the Motion filed by Plaintiff-Counterclaim Defendant, Robyn Abraham, seeking to "unseal all documents, transcripts, and orders" from July 19, 2019 through November 7, 2023 (the "Motion").

As an initial matter, Ms. Abraham characterizes the Motion as "unopposed." That is inaccurate. Ms. Abraham sent counsel for the Executrix an email on the morning of Saturday, July 11, 2026, asking to "please confirm that you have no objection to unsealing the court files." By Saturday afternoon, before giving counsel for the Executrix any meaningful opportunity to respond, Ms. Abraham filed the Motion.

In any event, the Motion should be denied. Over the course of this litigation, Ms. Abraham made several requests to unseal documents, and this Court has repeatedly rejected

1

those requests.  *See, e.g.,* Dkts. #462, 538, 545, 612.  The Court's reasoning for denying the requests was well-founded.  Indeed, Ms. Abraham appealed one of these orders to the Second Circuit Court of Appeals, and that court dismissed the appeal as to the unsealing order "because it 'lack[ed] an arguable basis either in law or in fact.'"  *Abraham v. Leigh*, 20-3320, Dkt. 172 (2d Cir. 2021) (citation omitted).

In her Motion, Ms. Abraham does not provide any compelling argument for deviating from these prior orders.  Setting aside the false and unsupported accusations against defense counsel and others, Ms. Abraham vaguely argues that these documents are necessary to defend against non-specific bar grievance complaints.  It is far from clear how the sealed documents in this case are relevant in any way to Ms. Abraham's defense of any such grievance complaints.

The Executrix respectfully requests that the Court deny the Motion in its entirety.

Dated: New York, New York
     July 15, 2026

                Respectfully,

                COZEN O'CONNOR

                By:*/s/ Tamar S. Wise*
                Tamar S. Wise
                175 Greenwich Street, 3WTC
                New York, New York 10007
                Telephone: (212) 883-4924
                Facsimile: (646) 461-2054
                Email: twise@cozen.com
                rfiebach@cozen.com

                *Attorneys for Counterclaim Plaintiff Abby Leigh*
                 *as Executrix of the Estate of Mitch Leigh*

The Court has reviewed Ms. Abraham's motion to unseal (Dkt. #821) and Ms. Leigh's opposition (Dkt. #822).  The vast majority of Ms. Abraham's submission rehashes demonstrably false allegations that she, an adjudicated perjurer, has made about this case.

Each time the Court made a sealing determination in this case, it conducted an individualized review of the particular document(s).  By and large, those documents contained deeply personal information about not just Ms. Abraham but also the other litigants and counsel in this case.  Indeed, Ms. Abraham sought to leverage that personal information to benefit her own position in the case.  Because Ms. Abraham took it upon herself to pollute the record with entirely false allegations against other litigants, the Court sealed the vast majority of those documents because they had no relevance to any of the issues at hand.

In the absence of any attempt by Ms. Abraham to show that the Court failed to conduct a particularized review of any sealed documents, or that changed circumstances require the unsealing of a particular document, the Court DENIES her scattershot effort to unseal documents in this case.

The Clerk of Court is directed to terminate the pending motion at docket entry 821.


Dated:     July 16, 2026
           New York, New York

SO ORDERED.

_Katherine Polk Failla_

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE